UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND et al.,

Plaintiffs,

-against-

ELA STONE CORP.,

Defendant.

------------------------------------x

**MEMORANDUM & ORDER**
25-CV-3671 (EK)(JRC)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated September 9, 2026. ECF No. 48. Judge Cho recommends that the Court grant, in large part, plaintiffs' motion to default judgment. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Cho's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the Court grants, in large part, plaintiffs' motion for default judgment. The Clerk of Court is respectfully directed to enter default judgment for plaintiffs, awarding the following:

- Delinquent contributions in the amount of $51,887.10.
- Pre-judgment interest through October 31, 2024 in the amount of $17,173.85.
- Liquidated damages in the amount of $9,138.81.
- Audit fees and costs in the amount of $3,200.
- Additional pre-judgment interest on the delinquent contributions owed to the funds in the amount of $15.30 per day from November 1, 2024 until the entry of judgment.
- Post-judgment interest calculated at the statutory rate, as laid out in 28 U.S.C. § 1961(a).
- Attorneys' fees of $8,770 and costs of $630.77.

After issuing judgment, the Clerk shall close this case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 29, 2026
Brooklyn, New York